Michael F. Perlis (Cal. State Bar No. 95992)
  *mperlis@kbrlaw.com*
Stephanie Ponek (Cal. State Bar No. 306205)
  *sponek@kbrlaw.com*
**KAUFMAN BORGEEST & RYAN LLP**
21700 Oxnard Street - Suite 1450
Woodland Hills, CA  91367
Tel: (818) 880-0992 / Fax: (818) 880-0993
*Attorneys for* Plaintiff and Cross-Defendant
Evanston Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DISTRICT

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOOTPRINTS BEHAVIORAL INTERVENTIONS, INC., a California Corporation<br><br>Defendant.<br>FOOTPRINTS BEHAVIORAL INTERVENTIONS, INC., a California Corporation<br><br>Cross-Complainant,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois Corporation<br><br>Cross-Defendant. | Case No.: 8:20-cv-682-JVS-KES<br><br>Assigned to the Hon. James V. Selna<br><br>**DECLARATION OF MICHAEL F. PERLIS**<br><br>[Filed concurrently with the Notice of Motion and Motion for Summary Judgment and Request for Sanctions; Separate Statement of Uncontroverted Facts and Conclusions of Law, Declaration of Mary Claire Tillotson, and Proposed Order]<br><br>Date:         April 3, 2023<br>Time:        1:30 p.m.<br>Location:   10C<br><br>Complaint Filed:  April 8, 2020<br>Crossclaim Filed: November 16, 2022 |

# DECLARATION OF MICHAEL F. PERLIS

I, MICHAEL F. PERLIS, declare and state as follows:

1. I am a member of the law firm, Kaufman Borgeest & Ryan LLP and am admitted to practice before this Court. I am counsel for Plaintiff and Cross-Complainant Evanston Insurance Company ("Evanston" or "Plaintiff"). I make this declaration in support of Evanston's Motion for Summary Judgment and Request for Sanctions. Unless stated otherwise, the facts set forth herein are true of my own personal knowledge. If called as a witness, I could and would testify competently to the information set forth herein.

2. Evanston issued the Specified Medical Professions Insurance Policy No. SM931910 to Footprints on a claims-made basis for the policy period of July 25, 2019 to July 25, 2020 (the "Policy"). A true and correct copy of the Policy and Application is attached hereto as "Exhibit A."

3. A true and correct copy of the application for insurance with Evanston dated June 4, 2019 is attached hereto as "Exhibit B."

4. The policies issued by Evanston to Footprints in 2017 and 2018 were claims-made policies.

5. On or about November 14, 2019, a complaint was filed by J.B., as guardian ad litem for K.B. against Footprints Behavioral Interventions, Inc. ("Footprints" or "Defendant") and Abigail Kim in the underlying action entitled *J.B. as guardian ad litem for K.B. v. Footprints Behavioral Interventions, Inc., et al.*, Multnomah County Circuit Court, Case No. 19CV49220 (the "Underlying Lawsuit" or "Claim").

6. By letter dated December 11, 2019, Footprints tendered the complaint in the Underlying Lawsuit to Evanston for coverage under the Policy. Attached hereto as "Exhibit C" is a true and correct copy of the December 11, 2019 letter which attaches a copy of the complaint in the

1

Underlying Lawsuit.

7. On February 20, 2020, I caused a letter to be issued via email and U.S. mail to Footprints on behalf of Markel Service, Incorporated ("MSI"), the claim service manager for Evanston, regarding Evanston's preliminary views as to coverage available under the Policy ("February 20 Letter"). A true and correct copy of the February 20 Letter is attached hereto as "Exhibit D."

8. By letter dated March 5, 2020, coverage counsel for Footprints, Joan M. Cotkin, Esq. of Pillsbury Winthrop Shaw Pittman LLP, issued a letter addressed to me ("March 5 Letter"), purporting to respond to my February 20 Letter. A true and correct copy of the March 5 Letter is attached hereto as "Exhibit E."

9. On March 24, 2020, I caused a letter to be issued via email and U.S. mail on behalf of MSI and Evanston to Ms. Cotkin ("March 24 Letter"), disclaiming coverage for the Claim. A true and correct copy of the March 24 Letter is attached hereto as "Exhibit F."

10. On March 24, 2020, Ms. Cotkin sent me an email attaching a copy of the Special Incident Report dated November 20, 2017 and purporting to be submitted by Victoria Coe, MA, BCBA of Footprints. A true and correct copy of the Special Incident Report is attached hereto as "Exhibit G." Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, certain information (including the name of the minor, his guardian ad litem, his date of birth, address and phone number) has been redacted from the Special Incident Report for purposes of protecting privacy.

11. On March 24, 2020, Ms. Cotkin sent me an email attaching a copy of an email exchange on November 19, 2017 between Abigail Kim and Victoria Coe, copying Corey Stump. A true and correct copy of the November 19, 2017 email exchange is attached hereto as "Exhibit H."

2
**DECLARATION OF MICHAEL F. PERLIS**

8835517

12. My office performed a search on the Oregon Judicial Department, and obtained a copy of the docket from Abigail Kim's criminal case. The docket reflects that Abigail Kim was convicted of first-degree rape, second-degree sodomy, and six counts of first degree sexual abuse in March 2019. A true and correct copy of the Court's docket in the matter entitled *State of Oregon v. Abigail Minjung Kim*, Case No. 18CR20126 ("Kim Criminal matter") from the Oregon Judicial Department Online Records Search is attached hereto as "Exhibit I."

13. I requested and obtained copies of the transcripts and exhibits from Kim's criminal trial proceedings from the Multnomah County District Attorney's Office.

14. A true and correct copy of relevant excerpts from the transcript of Kim's criminal trial proceedings on February 27, 2019 is attached hereto as "Exhibit J" and has been redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.

15. A true and correct copy of relevant excerpts from the transcript of Kim's criminal trial proceedings on February 28, 2019 is attached hereto as "Exhibit K" and has been redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.

16. A true and correct copy of the State of Oregon's Exhibit 41 of the record from Kim's criminal trial (an email sent by Abigail Kim to Victoria Coe on or about November 2, 2017) is attached hereto as "Exhibit L" and has been redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.

17. Counsel for Footprints advised me that the Underlying Lawsuit was dismissed without prejudice in order to allow the coverage dispute to proceed before any resolution of the Claim.

1  18. On February 16, 2023, I met and conferred with counsel for Footprints Suren N. Weerasuriya regarding Evanston's motion for summary judgement pursuant to L.R. 7-3.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 27th day of February 2023, in Beverly Hills, California.

                                             /s/ Michael F. Perlis_____
                                             Michael F. Perlis