1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

7
8
9
10
11
12
13
14
15

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation, | Case No. 8:20-cv-682-JVS-KES |
| Plaintiff, | Assigned to the Hon. James V. Selna |
| vs. | **JUDGMENT** |
| FOOTPRINTS BEHAVIORAL INTERVENTIONS, INC., a California Corporation, | |
| Defendant. | |

16
17
18
19
20
21
22
23
24

| | |
|---|---|
| FOOTPRINTS BEHAVIORAL INTERVENTIONS, INC., a California Corporation | Complaint Filed: April 8, 2020<br>Cross-Cx Filed: November 16, 2022 |
| Cross-Complainant, | |
| vs. | |
| EVANSTON INSURANCE COMPANY, an Illinois Corporation | |
| Cross-Defendant. | |

25
26
27
28

Upon consideration of the Motion for Summary Judgment ("Motion") filed by Plaintiff and Cross-Defendant Evanston Insurance Company ("Evanston"), all briefing and declarations filed by the parties in support of and

in opposition to the Motion, oral argument, and all other matters presented to the Court, the Court granted in part and denied in part Evanston's Motion by Orders dated May 24, 2023 and July 26, 2023. (Dkt Nos. 57 and 67).

Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Evanston and against Defendant and Cross-Complainant Footprints Behavioral Interventions, Inc. ("Footprints") on all claims in Evanston's Complaint and Footprints' Cross-Complaint as follows:

1.     There is no coverage available under the Specified Medical Professions Insurance Policy #SM931910 issued by Evanston to Footprints ("Policy") for the Underlying Claim filed by J.B., as guardian ad litem for K.B., against Footprints and Abigail Kim on November 14, 2019 in the Circuit Court of the State of Oregon for the County of Multnomah, Case No. 19CV49220 ("Underlying Claim");

2.     Footprints breached its contract with Evanston by making a material misrepresentation in its response to question 7(e) of the application for insurance;

3.     Footprints shall take nothing from this action; and

4.     Evanston is entitled to its costs of suit and shall submit an Application to Tax Costs and Bill of Costs as required by the Federal Rules of Civil Procedure and Local Rules.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: August 9, 2023

_____
Hon. James V. Selna
Judge of the U.S. District Court